UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

In Re:

    Tawanna Lynn Claytor       :
                                       :    Case No. 10-61675
                    Debtors.   :    Chapter 13, Judge Preston

**SPECIAL LIMITED NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES ON BEHALF OF
THE STATE OF OHIO**

_____

**PLEASE TAKE NOTICE** that the State of Ohio, Department of Job & Family Services (ODJFS) appears herein by Special Counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g) (1) and 2002 (g) (1) (A), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

                    /s/ Eleanor Beavers Haynes
                    Eleanor Beavers Haynes   (0006936)
                    399 East Main Street, Suite 200
                    Columbus, Ohio  43215-5384
                    Phone: (614) 221-9500
                    Fax:    (614) 621-1115
                    Special Counsel to Mike DeWine
                    Attorney General of Ohio

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any payment of claims any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the ODJFS.

This special limited notice of appearance is being filed for the sole purpose of notifying

the Court and the parties of the address to be used for service of notices, orders, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the ODJFS or of the State of Ohio or to consent to this Court's exercise of jurisdiction over the ODJFS or the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the ODJFS, the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

    Mike DeWine
    Attorney General of Ohio

    /s/ Eleanor Beavers Haynes
    Eleanor Beavers Haynes   (0006936)
    399 East Main Street, Suite 200
    Columbus, Ohio  43215-5384
    Phone: (614) 221-9500
    Fax:    (614) 621-1115
    Special Counsel to Mike DeWine
    Attorney General of Ohio

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing Notice was served upon the following by ordinary First Class U. S. Mail, postage pre-paid and or by electronic filing as set forth in the Notice of Electronic Filing for Case No. 10-61675, on the 22nd of December, 2014, on the parties named below:

    /s/ Eleanor Beavers Haynes
    Eleanor Beavers Haynes   (0006936)
    Special Counsel to Mike DeWine
    Attorney General of Ohio

Parties Served:

Office of U.S. Trustee (ECF Notice)
Frank M. Pees, Chapter 13 Trustee (ECF Notice)
Erin E Schrader, Esq. (ECF Notice)
Tawanna Claytor, 3448 Lockland Ct, Canal Winchester, OH 43110 (US Mail)